# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.     Case No. 3:20cr56-TKW

**GREGORY FOUNTAIN JONES**
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the Chief United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **GREGORY FOUNTAIN JONES,** to Counts One, Two, and Five of the indictment is hereby **ACCEPTED**.   All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 11th day of December 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**